KATHERINE ERION, APPELLANT, v. BOARD OF PENSION COMMISSIONERS OF HOBOKEN ET AL., RESPONDENTS.

Submitted May 26, 1933—Decided September 27, 1933.

For the appellant, *Chandless, Weller & Selser*.

For the respondents, *Horace L. Allen*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Ackerson in the Supreme Court, to whom the matter was submitted by consent, which is printed in 11 *N. J. Mis. R.* 122.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 15.

*For reversal*—None.